UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLEET ENGINEERS, INC.,

    Plaintiff,

v.

CRAFT-TECH MFG. CORP.,

    Defendant.

_____/

Case No. 1:10-cv-633

HONORABLE PAUL L. MALONEY

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that plaintiff Fleet Engineers, Inc. has not filed the requisite disclosure.

IT IS HEREBY ORDERED that plaintiff Fleet Engineers, Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: August 12, 2010

    /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge